### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

FLOYD DONNELL ROSE, JR.
ADC #101477                                                                                              PLAINTIFF

V.                                      NO: 5:06CV00235 GH/HDY

KEITH CROCKETT *et al.*                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Stowell are DISMISSED WITHOUT PREJUDICE, and her name is removed as a party Defendant.

DATED this 21st day of February, 2007.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE